Sent by: KRAEMER BURNS                    9739128602;                    09/22/05 10:29AM; JetFax #997;Page 3/4

Kraemer, Burns, Mytelka, Lovell & Kulka, P.A.
675 Morris Avenue
Springfield, NJ 07081
(973) 912- 8700

Attorneys for Petitioner
3D Media Solutions, U.S.A., Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Civil Action No. 05 MC 333 (WGB)

| | |
|---|---|
| 3D MEDIA SOLUTIONS U.S.A., INC., <br>                Petitioner, <br>      against <br><br> FLOORGRAPHICS, INC., <br>                Respondent. | **SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered against Respondent FLOORgraphics, Inc. ("FLOORgraphics") on August 31, 2005, in the Office of the Clerk of the United States District Court for the District of New Jersey in the sum of $2,656,634.60, plus costs taxed in the sum of $27,630.34, and

WHEREAS, Petitioner 3D Media Solutions U.S.A., Inc. has agreed to accept $2,450,000 in full and final settlement and satisfaction of the within judgment, receipt of which is hereby acknowledged, and

WHEREAS the judgment has been satisfied by Respondent FLOORgraphics, and

18501/2
09/21/2005 1784339.01

THEREFORE, the Clerk of the United States District Court, District of New Jersey, is hereby requested to satisfy and cancel the judgment of record.

> Kraemer, Burns, Mytelka, Lovell & Kulka, P.A.
> 675 Morris Avenue
> Springfield, NJ 07081
> (973) 912-8700
>
> By: *Diane Stolbach*
> Diane Stolbach, Esq.

-2